UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:

Karyn Carter          Chapter 7
    Debtor                                    Case No. 18-11091

## MOTION TO AMEND VOLUNTARY PETITION and SCEDULES A/B AND C

1. The Debtor, Karyn Carter, commenced this case on April 6, 2018 by filing the above-numbered voluntary petition for relief under chapter 7 of title 11, United States Code.

2. The assets omitted were bank checking accounts one at Rockland Trust in the amount of $35.

3. The other bank account that was omitted was at Northern Bank in the amount of $645.82.

4. An amended Schedule C is also filed

5. The Debtor moves to amend the above mentioned schedules.

Dated: April 26, 2018

/s/ Mark B. Ryan

Mark B. Ryan
Attorney for Debtor
Ryan Law LLC
481 Great Rd. Suite 19
Acton MA 01720
(978) 264-9966
BBO #665310
mryan@ryanlawllc.com

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Karyn | | Carter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION

Case number: 1:18-bk-11091
(if known)

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 9 John St Apt A<br>Woburn MA, 01801-5610<br>County : Middlesex<br>Line from *Schedule A/B*: 1.1 | $300,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(2) |
| 9 John St Apt A<br>Woburn MA, 01801-5610<br>County : Middlesex<br>Line from *Schedule A/B*: 1.1 | $300,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | MGLA c.188 § 1 |
| 9 John St Apt A<br>Woburn MA, 01801-5610<br>County : Middlesex<br>Line from *Schedule A/B*: 1.1 | $300,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(16) |
| 9 John St Apt A<br>Woburn MA, 01801-5610<br>County : Middlesex<br>Line from *Schedule A/B*: 1.1 | $300,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | MGLA c.188 § 1A |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(3) |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(9) |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(15) |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.188 § 1 |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(2) |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(14) |
| Chevrolet Tahoe 1500 2WD 2003 188000<br>Line from Schedule A/B: 3.1 | $1,194.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(16) |
| Kitchen set, Living soom set, washer dryer stove<br>Line from Schedule A/B: 6.1 | $3,500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(2) |
| sony laptop, tv cell phone<br>Line from Schedule A/B: 7.1 | $1,500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(2) |
| various<br>Line from Schedule A/B: 11.1 | $2,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | MGLA c.235 § 34(1) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Rockland Trust**<br>Line from *Schedule A/B*: **17.1** | $35.03 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | **MGLA c.246 § 20** |
| **Northern Bank and Trust**<br>Line from *Schedule A/B*: **17.2** | $645.82 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | **MGLA c.246 § 20** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case and this filing:

**Debtor 1**: **Karyn Carter**
First Name    Middle Name    Last Name

**Debtor 2** (Spouse, if filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION**

Case number: **1:18-bk-11091**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

**1.1**

**9 John St Apt A**
Street address, if available, or other description

**Woburn**    **MA**    **01801-5610**
City    State    ZIP Code

**Middlesex**
County

**What is the property?** Check all that apply
☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Two Family one side not rented**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$300,000.00**
Current value of the portion you own? **$300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................=> **$300,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   Carter, Karyn _____   Case number (if known) 1:18-bk-11091

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
Make: **Chevrolet**
Model: **Tahoe 1500 2WD**
Year: **2003**
Approximate mileage: **188000**
Other information:
2003 Chev Tahoe

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$1,194.00**
Current value of the portion you own? **$1,194.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................=>   **$1,194.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....
Kitchen set, Living soom set, washer dryer stove        **$3,500.00**

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....
sony laptop, tv cell phone        **$1,500.00**

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

| Debtor 1 | Carter, Karyn | Case number (if known) | 1:18-bk-11091 |
|---|---|---|---|

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes. Describe.....
  | various | $2,000.00 |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ■ No
  ☐ Yes. Describe.....

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ■ No
  ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................... **$7,000.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ■ No
  ☐ Yes...............

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes.................    Institution name:

  17.1.  Checking Account   Rockland Trust              $35.03

  17.2.  Checking Account   Northern Bank and Trust     $645.82

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes...............    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ■ No
  ☐ Yes. Give specific information about them..................
        Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ■ No

Debtor 1     Carter, Karyn                                    Case number *(if known)*  **1:18-bk-11091**

☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
              Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                    **Current value of the portion you own?**
                                                                                  Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

| Debtor 1 | Carter, Karyn | Case number (if known) | 1:18-bk-11091 |
|---|---|---|---|

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................... $680.85

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ........................................ $0.00

Debtor 1  **Carter, Karyn**    Case number *(if known)*  **1:18-bk-11091**

| Part 8: | List the Totals of Each Part of this Form | | | |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | | $300,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $1,194.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $7,000.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $680.85 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $8,874.85 | Copy personal property total | $8,874.85 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $308,874.85 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Karyn** | | **Carter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION**

Case number (if known) **1:18-bk-11091**

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Karyn Carter**                              X _____
**Karyn Carter**                                       Signature of Debtor 2
Signature of Debtor 1

Date **April 26, 2018**                             Date _____

Fill in this information to identify your case:

**Debtor 1**: Karyn Carter
First Name   Middle Name   Last Name

**Debtor 2**:
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION

Case number   1:18-bk-11091
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................... $ 300,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................ $ 8,874.85

   1c. Copy line 63, Total of all property on Schedule A/B.................................................. $ 308,874.85

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 52,921.60

   **Your total liabilities** $ 52,921.60

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ 1,431.24

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ 1,284.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C§ 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

Debtor 1  **Carter, Karyn**  Case number *(if known)* **1:18-bk-11091**

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11;OR, Form 122B Line 11;OR, Form 122C-1 Line 14.  $ 3,289.57

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: KARYN CARTER | CASE NO: 18-11091<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/27/2018, I did cause a copy of the following documents, described below,

motion to amend

amended Schd C

amend ab

decl re schedules

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/27/2018

/s/ Mark B Ryan
Mark B Ryan  665310

Ryan Law LLC
481 Great Rd Suite 19
Acton, MA  01720
978 264 9966
mryan@ryanlawllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

IN RE: KARYN CARTER

CASE NO: 18-11091

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 4/27/2018, a copy of the following documents, described below,

motion to amend

amended Schd C

amend ab

decl re schedules

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/27/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark B Ryan
Ryan Law LLC
481 Great Rd Suite 19
Acton, MA  01720

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                                                                CAPITAL ONE
LABEL MATRIX FOR LOCAL NOTICING         EXCLUDE                          PO BOX 30285
01011                                   BOSTON                           SALT LAKE CITY UT 84130-0285
CASE 18-11091                           U S BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS               JW MCCORMACK POST OFFICE COURT HOUSE
BOSTON                                  5 POST OFFICE SQUARE SUITE 1150
THU APR 26 15-39-12 EDT 2018            BOSTON MA 02109-3945


COLLECTION                              COLLECTION                       COLLECTION
120 CORPORATE BLVD STE 1                2491 PAXTON ST                   377 HOES LN
NORFOLK VA 23502-4952                   HARRISBURG PA 17111-1036         PISCATAWAY NJ 08854-4138


COLLECTION                              CREDIT ONE BANK NA               DISCOVER FIN SVCS LLC
PO BOX 27288                            PO BOX 98875                     PO BOX 15316
TEMPE AZ 85285-7288                     LAS VEGAS NV 89193-8875          WILMINGTON DE 19850-5316


DSNB MACYS                              SYNCHRONY BANK                   TD BANK USATARGETCRED
PO BOX 8218                             CO PRA RECEIVABLES MANAGEMENT LLC PO BOX 673
MASON OH 45040-8218                     PO BOX 41021                     MINNEAPOLIS MN 55440-0673
                                        NORFOLK VA 23541-1021


                                                                         DEBTOR
JOHN FITZGERALD                         JOSEPH G BUTLER                  KARYN CARTER
OFFICE OF THE US TRUSTEE                LAW OFFICE OF JOSEPH G BUTLER    9 JOHN ST
JW MCCORMACK POST OFFICE  COURTHOUSE    355 PROVIDENCE HIGHWAY           APT A
5 POST OFFICE SQ 10TH FL SUITE 1000     WESTWOOD MA 02090-1909           WOBURN MA 01801-5610
BOSTON MA 02109-3901


MARK B RYAN
RYAN LAW LLC
481 GREAT ROAD SUITE 19
ACTON MA 01720-4160
```