**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| KARYN CARTER, | ) | Case No. 18-11091-FJB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION BY WINCHESTER NURSING CENTER, INC. TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIM OF EXEMPTIONS**

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Pursuant to Fed. R. Bankr. P. 4003(b), Winchester Nursing Center, Inc. ("Winchester"), a party-in-interest regarding the above-referenced debtor ("Debtor"), moves to extend the deadline for Winchester to object to the Debtor's claim of exemptions until August 1, 2018. The current deadline for parties to object to the Debtor's claim of exemptions maybe May 31, 2018.[1]

In further support hereof, Winchester states as follows:

**FACTUAL BACKGROUND**

1. On March 28, 2018 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code ("Code").

2. As of the Petition Date, the Debtor was a defendant in pending litigation in Massachusetts Middlesex Superior Court ("State Court Litigation") brought by Winchester. The Debtor was being sued individually and in her capacity as Special Representative of the Estate of Roseann Rodwell ("Decedent") in the State Court Litigation. The Decedent was the mother of the Debtor.

---

[1] A review of the docket reflects that the Chapter 7 Trustee ("Trustee") may have continued (and not concluded) the Section 341 Meeting of Creditors of the Debtor from May 1, 2018 until May 31, 2018.

3. The Debtor has not scheduled Winchester in her Schedules, nor has she included Winchester in her master mailing Matrix. Similarly, the Debtor has also not disclosed the existence of the State Court Litigation in her Statement of Financial Affairs.

**GROUNDS IN SUPPORT**

4. Based on the State Court Litigation including the receipt by the Debtor of an asserted fraudulent transfer of property from the Decedent to the detriment of Winchester, Winchester believes that there may be one or more grounds to challenge the Debtor's asserted exemptions in certain property including, but not limited to, the Debtor's ability to assert a Homestead pursuant to M.G.L. chapter 188.

5. Accordingly, Winchester requests an extension of time to file objections to the Debtor's claim of exemptions through and including August 1, 2018.

6. Winchester requests that approval of this motion be without prejudice to Winchester's ability to seek further extensions.

WHEREFORE, Winchester respectfully requests that this Court enter an Order:

(i) Extending until August 1, 2018, the deadline for the Bank to object to the Debtor's claim of exemptions, without prejudice to Winchester's right to seek further extensions; and

  (ii) Granting such other relief as is just and proper.

           Respectfully submitted,

           WINCHESTER NURSING CENTER, INC.,

           By its attorneys,

Dated: May 25, 2018    /s/ Alex M. Rodolakis
           Alex M. Rodolakis, BBO #567781
           Mark S. Foss, BBO #561369
           Fletcher Tilton PC
           1597 Falmouth Road
           Centerville, MA  02632
           Telephone:  508-778-1100
           Facsimile: 508-778-1800
           arodolakis@fletchertilton.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| KARYN CARTER, ) | Case No. 18-11091-FJB |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Alex M. Rodolakis, do hereby certify that on May 25, 2018, I caused a copy of the *MOTION BY* WINCHESTER NURSING CENTER, INC. *TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIM OF EXEMPTIONS* ("Pleadings") to be electronically transmitted by the Court's ECF System on all parties having filed a request for notice including the following parties:

Mark B. Ryan, Esq. (Counsel to the Debtor)

Joseph G. Butler , Chapter 7 Trustee

John Fitzgerald, Office of the United States Trustee

Dated: May 25, 2018          /s/ Alex M. Rodolakis
                             Alex M. Rodolakis, BBO #567781
                             Fletcher Tilton PC
                             1597 Falmouth Rd., Ste. 3
                             Centerville, MA 2632
                             Hyannis, MA  02601
                             Telephone: 508-778-1100
                             Facsimile: 508-778-1800
                             arodolakis@fletchertilton.com